UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 10 -180 |
| | ) | |
| v. | ) | (JUDGE Caldwell) |
| | ) | |
| EUGENE STEVEN KEENEY, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## INDICTMENT

**FILED**
**HARRISBURG, PA**

THE GRAND JURY CHARGES:

JUN - 9 2010

### INTRODUCTION

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

At all times pertinent to this Indictment:

1. The defendant **EUGENE STEVEN KEENEY** was an adult male whose date of birth was January 13, 1961.

2. The defendant **EUGENE STEVEN KEENEY** resided in Cumberland County, Pennsylvania.

3. The victim, who will hereafter be referred to as Jane Doe, was a resident of Washington State and was born on December 15, 1993.

4. The defendant **EUGENE STEVEN KEENEY** met Jane Doe in Rhode Island in or about July of 2007. The two exchanged telephone numbers and, afterward, kept in constant contact by telephone.

5. In or about September, 2008, the defendant **EUGENE STEVEN KEENEY** was advised by Jane Doe that she would be traveling to South Lake Tahoe in California for a family friend's wedding and would remain there from September 18, 2008 to September 21, 2008.

6. On or about, September 18, 2008, the defendant **EUGENE STEVEN KEENEY** traveled from Cumberland County, Pennsylvania to South Lake Tahoe, California with the intent to engage in sexual activities with the then 14 year-old victim, Jane Doe.

7. On or about September 20, 2008, the defendant **EUGENE STEVEN KEENEY** met with Jane Doe, gave her alcohol to drink and engaged in sexual intercourse with her in South Lake Tahoe, California.

THE GRAND JURY FURTHER CHARGES:

## COUNT ONE

1. The Grand Jury hereby incorporates, as though fully set forth herein, each of the allegations set forth in the Introduction portion of this Indictment.

2. On or about September 18, 2008, in Cumberland County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere, the defendant,

### EUGENE STEVEN KEENEY

knowingly traveled in interstate commerce from Cumberland County, Pennsylvania to South Lake Tahoe, California for the purpose of engaging in illicit sexual conduct, that is, sexual activity under such circumstances as would constitute a criminal offence by any person under 18 U.S.C. § 2241(c), 18 U.S.C. § 2243(a), 18 PA CSA § 3122.1 and 18 PA CSA § 3123(a)(7) with Jane Doe, who was at the time under the age of 18 years, that is, 14 years old.

All in violation of Title 18, United States Code, § 2423(b).

_Dennis C. Pfannenschmidt_
DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY

3