IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
vs.                            :     CR-10-180-01
                               :
EUGENE STEVEN KEENEY           :

## MOTION TO WITHDRAW PLEA

NOW, November 22nd, 2010, the defendant <u>Eugene Steven Keeney,</u> in above-captioned case, in open court, moves the court to be permitted to withdraw <u>his</u> plea of not guilty and to enter a plea of guilty to Count(s) 1 of the Indictment.

## ORDER

AND NOW, November 22, 2010, the motion is granted.

FILED
HARRISBURG, PA

NOV 2 2 2010

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

William W. Caldwell
United States District Judge

## GUILTY PLEA

NOW, November 22nd, 2010, the defendant <u>Eugene Steven Keeney,</u> in open court enters <u>his</u> plea of guilty to Count(s) 1 of the Indictment.