

Corporate Office
Commonwealth Clinical Group, Inc.
41 E. Orange Street, Lancaster, PA 17602
Phone (717) 393-3900 Fax (717) 393-7900
Central Referral Line (844) 331-3551

October 30, 2019

Re: Eugene Keeney
D.O.B.- 1/13/1961

This correspondence serves as a treatment summary for Eugene Keeney, who is a participant in our community-based sexual offender treatment program. Mr. Keeney was referred to our program secondary to a past sexual offense conviction (Interstate Commerce with the Intent to have Sex with a Minor.). Mr. Keeney's sexual offense involved communicating with a 14 year old female acquaintance and traveling to California to engage in sexual contact with her in 2008. He was incarcerated at FCI Elkton for 26 months and Capital Pavilion halfway house for 5 months. He has been on supervised release since 2/3/2013 with a maximum supervision date in 2034.

Mr. Keeney participated in a Psychosexual Evaluation and Intake with our program on 3/4/2014 and he was placed in weekly sexual offender group therapy. Mr. Keeney also voluntarily participated in individual therapy sessions and has attended 74 individual sessions since his intake. Over the course of his treatment, Mr. Keeney has consistently accepted responsibility for his sexual offense and has addressed such treatment issues/goals related to personal responsibility for his past sexually abusive behaviors, cognitive distortions (thinking errors), self-regulation, identification of red flags/triggers that represent aspects of an offense cycle, victim empathy, and the role of family, social, and community support. In addition, Mr. Keeney completed the Road to Freedom workbook, a self initiated assignment, which he reviewed during individual and group sessions.

Mr. Keeney completed the approved supervisor process with his wife, Terri Keeney and two daughters, Jessica Heller and Courtney Danalovich, in November of 2015 in order to have supervised contact with his grandchildren. The proposed approved supervisors were able to demonstrate insight into Mr. Keeney's sexual offense history and reported recidivist risk factors and were approved through treatment and Federal Probation as approved supervisors. Mr. Keeney has completed a number of safety plans in order to travel together with his wife to various cities/locations in the country with approval while visiting with members of his family system and vacationing without any documented, negative incidents.

As part of his treatment, Mr. Keeney has participated in regular clinical polygraph examinations which are used as a clinical treatment tool to objectively assess a client's overall honesty regarding past sexual behaviors and overall level of compliance with treatment and legal supervision conditions/rules. To date, Mr. Keeney has completed a total of seven clinical polygraph examinations- 12/29/14- Sexual Disclosure (deceptive); 2/6/15- Maintenance (truthful); 4/24/15- Sexual Disclosure (deceptive); 7/6/15- Sexual Disclosure (truthful); 3/10/17- Maintenance (truthful); 4/6/18- Maintenance (truthful) and 3/1/19- Maintenance (truthful).

Mr. Keeney has not received a written warning from this agency since 6/18/14. At that time he received a written warning for having contact with a minor family member without permission from his Probation Officer and treatment team. Since this time, Mr. Keeney has been able to demonstrate compliance with his signed treatment

Satellite Locations

Dauphin County
2444 N. 3rd Street
Harrisburg, PA 17110
Phone (717) 236-3600
FAX (717) 236-7600

York County
1 E. Market St., Ste. 104
York, PA 17401
Phone (717) 747-3158
FAX (717) 747-3159

Berks County
450 S. 5th St.
Reading, PA 19602
Phone (610) 372-5645
FAX (610) 898-9229

Chester County
479 Thomas Jones Way, Ste. 100
Exton, PA 19341
Phone (484) 879-6751
FAX (484) 879-6759