contract. Furthermore, Mr. Keeney has not received an infraction/written warning from U.S. Federal Probation – Middle District of PA since beginning supervision.

Reportedly, Mr. Keeney has been able to demonstrate consistent employment, intimate partner stability, and stability with members of his family system. Mr. Keeney has been able to identify pro-social goals and appears to be internalizing his self-regulation plan. Given his consistent progress in treatment and continued compliance with his legal supervision, Mr. Keeney was stepped-down from weekly to biweekly participation in treatment in April 2017. He was further titrated to monthly attendance in April 2018 and has been attending quarterly since April 2019.

Ultimately, this treatment agency does not object to Mr. Keeney being able to amend the terms of his legal supervision. Please feel free to contact me in the event you have any questions or concerns regarding this correspondence.

Respectfully,

Caryn D. Wildin, MS
Psychotherapist