JoAnn Eichelberger
# 8 Bentley Pl.
Carlisle, Pa
17013
(717) 701-5974

Nov. 18/19

Judge Malachi Mannion,

My name is JoAnn K. Eichelberger (Keeney). I am Eugene S. Keeney's sister.

Gene is the youngest of my three brothers and the closest of all three.

Their names are, Robert Alan, Alan Eugene, Eugene Steven, and then came me, the baby girl of the family.

Besides being sibling, I consider Gene to also be a friend. He has always "Been there" for me whenever I needed anything. I am disabled. Handicapped. I have a spine condition with multiple surgeries.

Gene is an upstanding member in his neighborhood and I am aware of his conviction, it is unfortunate he has made some bad decisions, thus resulting in this case.

While it also comes as no surprise, I knew Gene would and had taken and accepted responsibility for his actions.

I truly believe that Gene has merged into even a better person than before.

His so devote to his wife Terry. To the King Hall and to his family in general.

In short, I believe my brother Gene has paid his debt to society and is no threat, this was a "one off incident".

Gene has expressed a deep sense of