remorse in making such a serious mistake

I honestly believe Gene has learnt and suffered, paid and is still paying (by the loss of his business etc.) and has paid his debt to society.

It is my sincere hope that your Honorable Judge, that you'll take this letter, and all other into consideration, to show some leniency.

Our Family keeps growing bigger and bigger you Honor, but our Family picnics and gatherings aren't the same. Our Family Photos aren't the same. Theirs some one missing. Gene.

Sincerely,
John Eichelberger