Nov 12TH 2019

Dear Honorable Judge Mannion,
    My name is Keith Eichelberger The Brother in-law of Gene Keeney who I am writing about. I have known Gene for 25 years and there isn't a better person out there that I would call a true friend let alone a The Best Brother In-Law Anyone could Have.

    Gene has provided for his family all the time his wife and two three Daughters and grandchildren who he Adores the most. He is a family man and he'll Do what it takes to provide for them. not only Does he support his family but he provides for his extended family his brothers and sister which is my wife. when ever we need extra money or a place to stay we are always welcome at his home. he has helped us out alot out of the kindness of his heart. money wasn't the issue nothing was an issue it is always from the kindness of his big heart. He has help so many people along the way in some way or another