He is a funny, likeable, loveable, energetic, always going the extra mile for anybody even if he doesn't know them kinda guy. He is always the life of the party with his quirky jokes and funny demeanor. He has help me and his sister through thick and thin. He is always helping someone to build things, fix their car, shovel their sidewalks or driveways, transport to appointments if neccessary he goes out of way for others cause he has a big heart. I love being surrounded by him I envy him he is one of the smartest people I know and a true friend and brother In-Law. And to see him interact with his family is such a blessing. He is a family man he loves his grandkids to death thats all he talks about. He takes care of his home, family, friends, and neighbors cause thats the gene I know cause he wouldn't have it any other way.

  In closing what I'm really saying is he's as honest as you can get and straight to the heart.

        Keith Elvey