18 Nov 2019

Dear Judge Mannion,

I am writing on behalf of my husband Eugene Keeney. We have been married for 33 years. When we got married, I had 2 daughters, ages 3 & 4. Gene helped me to raise my girls into the women and mothers they are today. Raising my girls alongside me, is the thing that I respect Gene for the most. He not only provided financial support for us, he was at all their softball games and piano recitals. He taught them to ride their bikes and drive a car. He bandaged their knees and dried their tears. He walked them down the Aisle. I honestly believe he forgot they were not his children. I could never repay him for everything he did for us.

Both of my daughters bring their children to visit us. They have us babysit their children each week. Nothing brings Gene more joy than spending time with his children and grandchildren. He is the same with our grandchildren, very attentive and involved in their lives. And they adore him. When I see Gene interact with them it genuinely warms my heart.

I spend time with Gene each day. For 33 years I have had the opportunity to see things others don't get to see. For example, Gene lost his father, John, in death 4 August 2019. John's wife of 38 years,