Carol was left alone. She does have children of her own, but they rarely visit. Carol requires some assistance, but is not ready to leave her home. Gene calls his stepmother almost everyday. And several times a week we make extra when we are preparing dinner, so he can take it to her and see if she is ok or if she needs anything else while he is there. He does this dispite Carol having said and done some very unkind and hurtful things regarding Gene's past wrongful actions. Gene is currently renovating a portion of our home and has offered to move her in with us if necessary. It is looking like she will move in this coming Spring.

    When Gene owned his buisness, "Cumberland metal fabricators" one of his employees, his estimator, Paul, would occasionally miss something on an estimate, when they would bid a job. Once he overlooked something that amounted to over 50,000." they won that bid. When they realized the mistake and knew they would have to honor the bid amount, I remember saying to Gene maybe you should let Paul go. Gene said no, He needs his job and ultimately I'm responsible for the bid I submit.

    In another instance one of his workers, Frank, fell and broke his ankle. It was company policy to wear safety gear which