the company provided. Frank had not followed the safety policy, which would have prevented his injury. The injury was complex and required surgery and 1 year of recovery before he could return to work. My husband continued to provide Frank with health insurance, while he was out for a year. I said to Gene, I don't think you are responsible to pay for Frank's insurance. Gene said Frank is a good worker, he made a mistake, I need to take care of him.

Over the years these kinds of gestures have been characterstic of Gene. Seeing these things and many more, first hand are what endear him to me.

It is our hope going forward to live a simple life, help others, and continue to love and support each other come what may.

Thank you for your consideration of this short summary of our lives together. It is my hope that it may help as you decide these important matters.

Respectfully Yours,
Terri L. Keeney