Honorable Judge Malachi Mannion,

My name is Fred Tiedt and I am writing this letter on behalf of Gene Keeney. I have known Gene for 20 years. Gene and I didn't always see eye to eye, but he has always seemed like a decent person.

I have noticed some changes in Gene since he was released from his incarceration. He is always asking if you need help, whether it is work-related or with your problems.

The one thing that stands out the most is his love for his grandchildren when I see him with them I see my self with my grandchildren. I know he would give his life for them.

I think Gene realizes how fortunate he was to have a family and home to come to after his incarceration.

Personally, I feel Gene will never let anything tempt him to do such an egregious act again.

Thank you, Your Honor, for taking the time to read my letter, and I hope you will see what I see when you consider his situation.


Sincerely,

*Fred O Tiedt*