Dear Judge Mannion,

I am writing to respectfully request your consideration of my petition for early termination of Supervised Release.

I base my request on the following concerns.

First, my employment struggles. Upon my release from federal prison in February 2014 I was able to obtain suitable employment with Echo Industrial as a Project Manager. However, I was laid off after approximately 10 months due in part to the restrictions I currently have. For instance, my travel limitations, phone and computer monitoring. On several occasions during my employment I was requested by the owner to travel to various states such as NY, Ohio, NV and NC to provide my experience on projects that the company was doing in those states. I was not able to fulfill these obligations due to the short notices. After I was laid off I applied for similar positions but, was not hired due to the necessity of frequent travel on short notice.

I then decided I would try to open a trailer manufacturing business (since we still possessed the property and equipment from my business prior to my incarceration) but soon discovered that I was not eligible for the required license. My wife decided to help me and she obtained the license. She hired one of my former employees and with my input was able to produce and sell nearly 150 trailers. It quickly became evident that it would be necessary to travel outside the middle district in order to solicit sales and promote the business. She could not afford a sales person and the company did not grow enough to sustain itself. We sold the property and most equipment in 2018.

Additionally, prior to my incarceration, I had designed and manufactured a sportsman's product that I sold at trade shows. I still possess a large inventory and the ability to manufacture the product but am limited in being able to sell and distribute them. Therefore, I am unable to generate a sustainable income from this source.

Secondly, spending time with my extended family has been most difficult. I have been approved to see all of my grandchildren, which I am exceedingly grateful for, but have not been able to attend any large family gatherings due to the possibility of there being a minor present that I am not approved to see. This has greatly affected my ability to rebuild relationships with some family members.

During the 26 months that I was at Elkton FCI I worked very hard to improve myself. I availed myself to every program offered. I took a business course offered by Kent State University, Solar Energy Certification, Carpentry class, Electrical class, and physical fitness. I successfully completed all.

Additionally, I worked in the kitchen and was rapidly moved up in pay scales due to my positive attitude and hard work which is how I have always tried to live my life. I also made time to read multiple self help books and reflected on my poor decisions. I've learned a lot. I have been able to put into practice the things I have learned. Such as positive ways to cope with stress. I have worked hard to eliminate wrong thinking and negativity.

1