Since my release in February 2014 I have diligently attended all sex offender treatment and classes as required of me. Initially I was required to attend (1) 1 ½ hour group weekly. I also requested additional one on one private counsel with Caryn Wildin to go through the "Road to Freedom" workbook which I have recently completed. This book along with insights from Caryn has proved to be a very valuable tool in helping me to understand myself and how to interact with others in a positive way. I learned many things that I was never taught while growing up. During the group sessions I have tried to help others progress as well. I have been progressively stepped down based on the recommendations of my therapist and now attend group sessions four times annually.

My therapy has helped me realize and understand the enormous impact my actions have had on my victim and her family as well as my own family, friends and neighbors. The effects have truly been far reaching and the pain I have caused immeasurable. I sincerely regret the sufferings I have caused so many people. I am forever indebted to my family, in particular my wife, for their unending love and support in the face of my betrayal. They have always looked for the good in me and I am determined to never let them down again.

I have realized that my spiritual health helps with my mental health thus I attend Christian meetings with my wife twice weekly and often on Sundays we accompany one of our elders in the door to door ministry to teach people who want to learn about God's Kingdom and invite them to our meetings or a bible study.

I am grateful beyond words for all the help and support I have received from Commonwealth Clinical Group, my family and friends. It has helped me grow as a person. I feel closer to my family as ever before. It is my sincere desire to continue to learn and use the tools I have to be the very best person I can be and to help others whenever possible.

I pray for your just consideration of this weighty matter and the opportunity to prove my trustworthiness in society once again.

Respectfully Yours,

Eugene Keeney