# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| VS. | : | 1:CR-10-180 |
| EUGENE KEENEY, | : | (Mannion, D.J.) |
| Defendant | : | |

## ORDER

Presently before the court is the defendant's motion for early termination of supervised release, together with a brief in support and multiple exhibits. (Docs. 66 & 67). The court has reviewed the motion, brief and supporting documents thoroughly, including the original sentencing transcript of Judge Caldwell, multiple correspondence including from his psychotherapist and the court has spoken with the defendant's probation officer concerning his office's observations of the defendant while on supervised release over the past 6 years. Finally, the court notes that the Government chose not to file a brief in opposition to the defendant's motion and therefore is deemed to not oppose the motion.[1]

In light of the foregoing, the motion is **GRANTED.** The defendant is hereby terminated from supervised release.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 12, 2020

10-180-01

---

[1] See MDPA LR 7.6